UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PRISCILLA J. TOBIAS,

        Plaintiff,

                                            Case Number 07-15276
v.                                        Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE COMMISSIONER'S DETERMINATION

On February 27, 2009, Magistrate Judge Michael Hluchaniuk issued a report and recommendation that the Court grant Defendant's motion for summary judgment because the determination of the Commissioner of Social Security is supported by substantial evidence. None of the parties to this action filed objections to the report and recommendation. A party's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. # 16] is **ADOPTED**.

It is further **ORDERED** that Defendant's motion for summary judgment [Dkt. # 14] is **GRANTED** and Plaintiff's motion for summary judgment [Dkt. # 11] is **DENIED**.

It is further **ORDERED** that the determination of Defendant is **AFFIRMED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

s/Thomas L. Ludington<br>
THOMAS L. LUDINGTON<br>
United States District Judge

Dated:  March 16, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 16, 2009.

s/Tracy A. Jacobs<br>
TRACY A. JACOBS

---